FILED_____ LODGED_____ ENTERED_____ RECEIVED

JUN 0 9 2026

BY _____ CLERK U.S. DISTRICT COURT AT BALTIMORE
DISTRICT OF MARYLAND
DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| |
|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AND ARREST WARRANT FOR LORENZO TURNER A/K/A LARENZO TURNER |

Case No. __1:26-mj-01429-CJC__

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Leah Martinez, a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1.      I make this affidavit in support of an application for a criminal complaint and arrest warrant charging **LORENZO TURNER A/K/A LARENZO TURNER** ("**TURNER**") with Title 18 U.S.C. § 1591, Sex Trafficking of Children (the "**TARGET OFFENSE**"). Based on the facts set forth in this affidavit, there is probable cause to believe that **TURNER** has committed the **TARGET OFFENSE**.

### AGENT BACKGROUND

2.      I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), presently assigned to the Human Exploitation Group in Baltimore, Maryland.  I have been so employed with HSI since September 2009.  I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.  I have attended and completed several human trafficking and child exploitation trainings and conferences since 2012.  While employed as a Special Agent, I have participated, assisted, and led numerous investigations relating to child exploitation and human trafficking.

3.      As an HSI Special Agent, I have extensive training in various aspects of law enforcement, particularly in the investigation of immigration, customs, and other federal offenses.

1

As a part of my daily duties as an HSI agent, I investigate criminal violations relating to human trafficking, including sex and labor trafficking in violation of 18 U.S.C. §§ 1589 and 1591, as well as interstate transportation for prostitution (Mann Act), in violation of 18 U.S.C. § 2421, and Use of Interstate Facilities to Promote Prostitution Business, in violation of 18 U.S.C. § 1952. The child exploitation investigations I have worked have included violations pertaining to the illegal production, transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training relating to child sexual abuse material and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of search warrants, which involved child exploitation and/or child pornography offenses. In the course of those investigations, I have interviewed victims, conducted surveillance, executed searches, questioned witnesses, utilized search and arrest warrants, and gathered intelligence through various other means. I am knowledgeable of the methods used by human sex traffickers and forced labor traffickers in acquiring and concealing assets with proceeds from these illegal activities. In addition, I am familiar with both the methods utilized by human traffickers who traffic in the exchange of sex for monetary benefits through recruiting, enticing, transporting, harboring, and arranging for the illegal sex trade (i.e., prostitution), and the methods utilized by commercial sex customers who exchange money for sex.

4.     As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I have set forth only the facts that I believe are necessary to establish probable cause for the complaint and arrest warrant sought herein. The information

contained in this affidavit is based upon my personal knowledge, my review of documents and official police reports, my review of evidence, my observations during the execution of the related search warrant, and my conversations with other law enforcement officers and other individuals.

### SUMMARY CONCERNING AND SEX TRAFFICKING

5.     This investigation concerns alleged violations of Title 18, United States Code, Section 1591, relating to sex trafficking by force, fraud, or coercion. Section 1591(a)(1) prohibits a person from knowingly, in or affecting interstate or foreign commerce, recruiting, enticing, harboring, transporting, providing, obtaining, or maintaining a person, knowing, or in reckless disregard of the fact that means of force, fraud, or coercion will be used to cause the person to engage in a commercial sex act. Title 18, United States Code, Section 1591(a)(2) further prohibits a person from benefitting financially, or by receiving anything of value, for participation in a venture as described in Section 1591(a)(1).

6.     Under Section 1591(e)(2), "coercion" is defined to include: (A) threats of serious harm to or physical restraint against any person; (B) any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or (C) the abuse or threatened abuse of law or legal process.

7.     "Serious harm," as used in the first two prohibited forms of coercion under Section 1591(a)(1), is defined under Section 1591(e)(5) as: any harm, whether physical or nonphysical, including psychological, financial, or reputational harm, that is sufficiently serious, under all the surrounding circumstances, to compel a reasonable person of the same background and in the same circumstances to perform or to continue performing commercial sexual activity in order to avoid incurring that harm.

8.     Under Section 1591(e)(3), "commercial sex act" means any sex act for which

3

anything of value is given to or received by any person.

9.     Through my investigations, training, and experience, I have learned that individuals who engage in the sex and labor trafficking of others target individuals who are particularly vulnerable, such as at-risk youth or drug addicts, and often use violence, drugs and drug addiction, alcohol, threats, and manipulation to maintain control over the individuals they cause (through fraud, force, or coercion) to engage in commercial sex. Additionally, traffickers use fraud such as romance schemes to defraud or coerce their victims. In both types of trafficking, physical violence and threats, manipulation of drug addiction, coupled with intermittent acts of kindness, are often used to increase the victims' emotional and physical dependence on the traffickers. The traffickers also generally have rules and forms of discipline that they typically use to maintain order and compliance over their victims.

10.    The term "date" refers to an instance of commercial sex. The term "date" also may refer to a person, commonly referred to as a "John," who buys commercial sex.

## PROBABLE CAUSE

### Minor Victim 1

11.    In late July 2024, the Baltimore Police Department's (BPD) Special Investigations Section, Anti-Trafficking Task Force/Internet Crimes Against Children (ICAC) received information from a CyberTip from the National Center for Missing & Exploited Children (NCMEC). The CyberTip listed the incident type as "Child Sex Trafficking," and reported that a minor female (Minor Victim 1) was possibly being trafficked for sex. According to the CyberTip, the minor ran away from her mother's home and stayed with a friend ("T") between approximately May 30, 2024 and June 4, 2024. The CyberTip reported that the minor stated she had $1,000 and told T's mother "look what I made." The minor also said she has a 34-year-old boyfriend.

4

12. On July 27, 2024, a BPD patrol officer responded to the house where Minor Victim 1 was staying with "TS." TS's mother reported to police that Minor Victim 1 told her an unknown adult male would buy her bras, underwear, and dresses, and those were the only clothes she was allowed to wear. Minor Victim 1 left the house with the unknown male in the early morning of May 30, 2024. Minor Victim 1 was identified as a 17-year-old female who was going into the 12th grade. The mother provided the following to the officer: a photo of the Minor Victim 1's Instagram account, a photo of the side profile of the unknown male taken from the back seat of his vehicle, and a photo of the license plate of the vehicle he was driving (Washington DC license plate: JC8645).

13. Washington DC license plate JC8645 is a red 2016 Cadillac SRX registered to: Larenzo Isaiah Turner (TURNER), 1434 Harvard ST NW B, Washington, DC 20009. TURNER was convicted of First Degree Child Sex Abuse, and was sentenced on June 22, 2007 to 66 months confinement in the Washington, DC Superior Court. According to the Washington, DC Sex Offender Registry, TURNER was convicted of Attempted First Degree Child Sexual Abuse Against a Child 12 to 16 years of age on July 27, 2007 in Washington, DC, and TURNER's registration was last verified on July 10, 2024.

14. On August 1, 2024, I, along with the BPD Detective/HSI Baltimore Task Force Officer (TFO) assigned to the case, met Minor Victim 1 and her grandmother at their residence in Baltimore, Maryland. Minor Victim 1 was born in 2006 and was 17 years old in the summer of 2024. Minor Victim 1 provided investigators with the following information:

    a. Her ex-boyfriend's name is "Sincere." She met "Sincere" on Instagram live approximately two months ago after he commented on a live video she posted. The two exchanged phone numbers and "Sincere" asked to take Minor Victim 1 out on a date. Minor Victim 1 said that they dated approximately two to three weeks.

    b. After investigators informed Minor Victim 1 that she was observed online

in multiple posts advertising commercial sex acts, Minor Victim 1 said that "Sincere" was the only person she has sent pictures to. Minor Victim 1 remembers sending photos of herself in a bra and underwear set to TURNER. She also stated that "Sincere" has a large following on social media.

      c.    Minor Victim 1 stated that the relationship between her and "Sincere" ended because "Sincere" did not want to be monogamous. Minor Victim 1 stated that "Sincere" knew that she was 17 years old and that "Sincere" looked up the age of consent laws to make sure they were not violating any laws. "Sincere" knew that Minor Victim 1 was only 17 years old because they talked about her age. "Sincere" told Minor Victim 1 that he wanted to marry her once she was 18 years old.

      d.    "Sincere" bought Minor Victim 1 "stuff" and paid for "everything." Minor Victim 1 stated that her grandmother could not buy her everything that she wants. Minor Victim 1 "found her own way to survive." "Sincere" bought her multiple gifts.

      e.    "Sincere" moves around a lot. She did not have "Sincere's" phone number because her phone was broken. "Sincere" drove a red SUV or 4 door sedan. [Agent's note: TURNER's red Cadillac SRX referenced above is an SUV.]

      f.    Minor Victim 1 denied engaging in any commercial sex acts for "Sincere" or giving "Sincere" money.

      g.    Minor Victim 1 was shown a picture of TURNER and Minor Victim 1 denied knowing who the person was. Minor Victim 1 stated that "Sincere" had hair, "like dreads," and had a darker skin tone. During this interview, I observed that Minor Victim 1 was nervous talking about "Sincere," and was particularly hesitant to discuss specific details pertaining to TURNER.

      h.    Minor Victim 1 was informed that investigators located online posts advertising commercial sex with her photographs on the advertisements. Minor Victim 1 stated that she was unaware of these advertisements.

      i.    Minor Victim 1 provided investigators with her Instagram profile name which was the same account provided by T's mother. When investigators looked online at Minor Victim 1's Instagram account during the interview, Minor Victim 1 said that "Sincere" bought her the glass flowers and heels posted in photos on her Instagram page.

15.    On September 3, 2024, along with other investigators, I met with Minor Victim 1 a second time. Minor Victim 1 provided the following details:

      a.    TURNER's CashApp account is BG Holistic;

      b.    Minor Victim 1 went to TS's house with money that "Sincere" gave her. TS's mother saw that "Sincere" bought things for Minor Victim 1, and the mother took a picture of "Sincere's" license plate when he was at the house;

c.      Minor Victim 1 went to an LA Fitness gym with "Sincere" a couple times. "Sincere" bought Minor Victim 1 a tripod so she could record herself doing workouts and dances. Minor Victim 1 remembers hearing someone refer to "Sincere" as "Lorenzo" at one of the LA Fitness gyms they went to together;

d.      "Sincere's" Instagram profile name had "maclovin" in the name, and his profile photo displayed a picture of a black Jesus/God. [Agent note: I located an Instagram account, @sincere__maclovin__, and showed the account to Minor Victim 1 who identified it as "Sincere's" Instagram account. A screen shot of that account is immediately below.]



sincere_maclovin_  [Follow]   Message

591 posts      57.4K followers     12 following

Sincere Maclovin
Education
bg
Nations Capital. Washington D.C.

e.      "Sincere" knew that Minor Victim 1 was only 17 years old. "Sincere" did not know the age of consent, and he was "scared of her being a minor."

f.      "Sincere" drove Minor Victim 1 to Washington, DC, New York, New Jersey, "the Poconos," and to the Philadelphia area in Pennsylvania.

g.      "Sincere" travelled to Miami, Florida and returned to the Baltimore, Maryland and Washington, DC areas with another female. Minor Victim 1 described the female as approximately 18 years old with dark skin, and her name was "Sahara" or "Zahara." Minor Victim 1 provided the female's Instagram account as @yungggdolll. Minor Victim 1 was shown two photos from prostitution advertisements and identified the female as the female TURNER brought from Miami that she had been discussing. [Agent note: This female was later identified as Minor Victim 2, a 17-year-old female who lives in the Orlando, Florida area.]

h.      "Sincere" frequently told Minor Victim 1 that "the man always knows what's best for you." "Sincere" was "big on a woman being in her place," and he often tried to make her feel stupid. Minor Victim 1 explained that Turner physically assaulted her during arguments on multiple occasions. Minor Victim 1 provided the following examples:

1.      "Sincere" drove Minor Victim 1 to Six Flags amusement park in New Jersey, and then he drove them to the Philadelphia area. During an argument inside his car, "Sincere" punched Minor Victim 1 and then pushed her out of his car. Minor Victim 1 suffered scrapes on her side and back and injuries on her hands. "Sincere" then drove off, leaving Minor

Victim 1 in an unfamiliar area. Minor Victim 1 stated that she believes someone contacted the police, and that her grandmother was also contacted by a local social services agency and came to pick her up. Minor Victim 1 further stated that she made up a story about this incident. [Agent note: I have been unable to locate an official report from Pennsylvania authorities that documents this incident.] TURNER later begged Minor Victim 1 for her forgiveness, and Minor Victim 1 got back together with TURNER; and

       2.      On another occasion when they got into an argument near the LA Fitness in Laurel, Maryland, "Sincere" took and broke Minor Victim 1's headphones and took her phone. "Sincere" again drove off, leaving Minor Victim 1 without her phone or belongings.

       i.      Minor Victim 1 showed investigators a conversation of direct messages from her Instagram account from July 2024. Minor Victim 1 and Minor Victim 2 sent the following messages to each other on Instagram comparing their experiences with "Sincere":

| | |
|---|---|
| Minor Victim 1: | No phone no nothing just me in a see through dress sitting outside on a block in Philly where the ppl from there said girls get kidnapped |
| Minor Victim 2: | Omgeeeee I'm really sorry I didn't tell you how he was with me I didn't think he would ever do that to you |
| Minor Victim 1: | It's fine imma handle this he ain't getting away with it For you nor me I'm not letting him |
| Minor Victim 2: | Yes he gone get what he deserve I hope you are ohkay |

       j.      Minor Victim 1 showed investigators that she saved "Sincere's" phone numbers (240-917-5195 and 202-200-8353) in her cell phone as "Woman Beater."[1] Minor Victim 1 was hesitant to discuss doing prostitution dates at TURNER's direction but mentioned that TURNER said his females give him the money. She felt "Sincere" was trying to control her. TURNER talked to her about making videos of adult entertainment. He did not want photos and videos of Minor Victim 1 on his phone because of her young age.

       k.      Minor Victim 1 identified a photograph of A.F., an adult female.. The photograph of A.F. was from a prostitution advertisement. Minor Victim 1 stated that she felt that A.F. was trying to warn her and Minor Victim 2 about "Sincere." "Sincere" did not want any of the girls to exchange phone numbers.

---

[1] The subscriber information for both numbers was obtained, and neither is in TURNER's name. 240-917-5195 is registered to person with the initials A.M. in New Carrollton, Maryland, and 202-200-8353 is registered to a person with the initials J.A. in Washington, DC. Based on my experience in sex trafficking investigations, I know that sex traffickers frequently use multiple phones to conduct their business, and typically do not conduct their sex trafficking business using phones in their own names, but instead use phones that are registered in others' names as well as in the name of fictitious people.

## Possible Commercial Sex Date on July 27, 2024 (Minor Victim 1):

16.    According to records received from Block, Inc. in response to a subpoena, TURNER received $150 through CashApp[2] on July 27, 2024 at 4:29 am from Prince Onyekwere ("Onyekwere"), a Baltimore resident.   Video surveillance from the lobby of Onyekwere's apartment building at approximately 5:00 am on July 27, 2024 shows Onyekwere accompanying a minor female believed to be Minor Victim 1.  BPD investigators obtained video footage from CitiWatch[3] near Onyekwere's apartment building for July 27, 2024, beginning at approximately 5:29 am.  The video depicted a red Cadillac SUV consistent with TURNER's parked across the street from the building.  At approximately 5:52 am, a female consistent with Minor Victim 1 was seen entering the front passenger side of the red Cadillac.  During this time, TURNER's red Cadillac SUV, bearing Washington DC license plate JC8645, was documented as being in Baltimore City by the Maryland Coordination and Analysis Center license plate reader database.

17.    On August 5, 2024, Onyekwere was interviewed at his apartment in Baltimore. According to the report from the interview, Onyekwere denied ever soliciting females for sex, stated that he meets lots of women, and could not recall ever meeting Minor Victim 1.  When asked specifically about July 27, 2024 around 5:00 am, Onyekwere stated again that he did not remember any specifics.

## September 25, 2025 Interview of Minor Victim 1

18.    Minor Victim 1 spoke to investigators on September 25, 2025.  Below is a summary

---

[2] The CashApp account is in TURNER's name, with his date of birth and social security number, and the same address listed on his vehicle registration and his Washington, D.C. drivers' license.  The Display Names for the account are "Lorenzo Turner" and "Holistic."  TURNER also has a second CashApp account with the same identifiers, and the Display Names "Sincere MacLovin," "Ho-listic Slurpee," and "Holistic BG."

[3] CitiWatch is a public-private partnership of residents and businesses in Baltimore City that provide video footage to the Baltimore Police Department and other agencies.

of the information she provided:

a.      TURNER drove a red Cadillac and picked her up from a house in Maryland and drove her to the parking garage of the Horseshoe Casino in Baltimore. TURNER then had sex with Minor Victim 1 in the car.

b.      After they had sex, TURNER asked Minor Victim 1 to give him pictures of herself. He then started to text people on his cell phone and began to receive several telephone calls.

c.      TURNER instructed Minor Victim 1 about what to say when men called his phone. Specifically, he told her to tell them that it cost "$250 for a half hour" and he had her ask the men if they planned to pay in cash, use a card, or send money through CashApp. If asked, TURNER told Minor Victim 1 to say that she was 18 years old.

d.      TURNER then drove Minor Victim 1 to a man's house. He gave her an extra phone and told her to call him so that he could listen to any interactions from the car. TURNER gave Minor Victim 1 condoms and lubricant and told her to get payment as soon as she entered the house. Minor Victim 1 entered the house and was paid in cash. TURNER called her five minutes before it was time to leave the house.

e.      After she left the house, TURNER took all of the cash from Minor Victim 1.

f.      TURNER drove Minor Victim 1 to two or three other locations that night to engage in sex acts with men. Minor Victim 1 gave Turner all of the cash. At the end of the night, TURNER and Minor Victim 1 slept in the red Cadillac.

g.      TURNER had Minor Victim 1 meet with between three and five men each day to engage in sex acts for money. Minor Victim 1 estimated that this occurred over the period of a few months in 2024.

h.      TURNER was aware that Minor Victim 1 was 17 and had previously driven to Minor Victim 1's high school.

i.      Minor Victim 1 became sick after a condom had gotten stuck in her vagina after TURNER arranged for her to have sex with a John. She asked to go to the hospital and told TURNER that she did not want to meet with men anymore.

j.      On one occasion, TURNER took Minor Victim 1 to a Planet Fitness to exercise. When they got in the parking lot, TURNER grabbed Minor Victim 1's headphones off her head and broke them. He then took her phone. Minor Victim 1 ran to a nearby beauty supply store and TURNER chased her while screaming at her and calling her a "stupid bitch." Minor Victim 1 ran to a bus and fled to her godfather's home.

k.      Later, TURNER took Minor Victim 1 to Six Flags. After seeing the ticket

prices, TURNER told Minor Victim 1 that she would have to make the money back at the end of the day. Minor Victim 1 said that she did not want to do that and they got into an argument. After finishing the day at Six Flags, TURNER and Minor Victim 1 stopped in Philadelphia to eat. They picked up food and ate in TURNER's car. In the car, they got into another argument and Minor Victim 1 told Turner she wanted to go home.

l.      TURNER punched Minor Victim 1 repeatedly in the face. He then opened the passenger's side door and pushed Minor Victim 1 out of the car. Minor Victim 1 was wearing only a dress and her purse, shoes, and phone were all still in the car. TURNER then drove away, abandoning Minor Victim 1 in Philadelphia.

### Minor Victim 2

19.     On September 19, 2024, along with another HSI Special Agent, I traveled to Florida to meet with Minor Victim 2. The following is a summary of the information provided by Minor Victim 2:

a.      Minor Victim 2 knows TURNER as "Sincere," and identified TURNER from a photograph. Minor Victim 2 met TURNER in approximately late June 2024 when TURNER used Instagram to direct message her, telling her that he could get her a car and buy her things. TURNER messaged Minor Victim 2 from the Instagram accounts @sincere__love__ and @sincere__maclovin__. Minor Victim 2 described Lorenzo TURNER as black male, approximately 6'2", slim, and approximately 40 years old. Minor Victim 2's Instagram application on her cell phone reflected that TURNER sent her a message on June 25, 2024, from @sincere__love__. The profile picture was of an African American god/pharaoh, and the name under the profile picture was "Keshai Freeman." Minor Victim 2 showed investigators her phone, and investigators observed communication between Minor Victim 2's Instagram account and @sincere__love__. Minor Victim 2 remembers TURNER mentioning that he was a "dating coach." The following is a photograph of the @sincere__love__ Instagram account as displayed on Minor Victim 2's phone during the interview:

11



b.      After communicating with TURNER on Instagram for approximately two weeks, TURNER drove to Florida to meet Minor Victim 2 in person in early July 2024. TURNER drove a red SUV/truck and picked up Minor Victim 2 in a neighborhood near her mother's house. TURNER told Minor Victim 2 that he was 30 years old, and that he was looking for a wife and wanted to get to know her. Minor Victim 2 told TURNER that she was 16 years old. Minor Victim 2 turned 17 years a couple of months after she first met TURNER. TURNER told Minor Victim 2 that he would pay her phone bill, help her get a car, and generally take care of her.

c.      After their initial meeting, Minor Victim 2 stayed with TURNER in a hotel in Orlando for a few days, possibly up to a week. A female was already at the hotel when Minor Victim 2 got there. TURNER told Minor Victim 2 that he was helping the other female, that he described as a drinker/alcoholic who wanted to get clean.

d.      TURNER began telling Minor Victim 2 that she had to go into certain apartments and houses to engage in commercial sex "dates." Investigators referenced a timeline of prostitution advertisements related to this investigation that were posted by TURNER for Minor Victim 2. Referencing the timeline, Minor Victim 2 confirmed that TURNER drove her from Orlando to Miami, then back to Orlando. Minor Victim 2 stated that TURNER also drove her to Georgia, Philadelphia, Baltimore, and Washington, DC, where she engaged in commercial sex acts at TURNER's direction.

e.      Minor Victim 2 engaged in commercial sex acts with the same customer at his residence in Washington, DC on four separate nights. The customers paid TURNER through TURNER's CashApp account, BG Holistic.

f.      Minor Victim 2 was informed that investigators located online posts

advertising commercial sex with her photographs on the advertisements. Minor Victim 2 stated that she was unaware of these advertisements.

g.      Minor Victim 2 told investigators that TURNER kept a gun and a lot of cash in the glove box of his vehicle, which he kept locked. Minor Victim 2 told investigators that TURNER also sells cocaine.

h.      On July 9, 2024, Minor Victim 2 called 911 from either Baltimore or DC. TURNER and Minor Victim 2 were arguing while in TURNER's Cadillac when TURNER kicked Minor Victim 2 in the head. Minor Victim 2 called 911, and TURNER then grabbed her phone from her. Minor Victim 2 (exited the car into an alley and was screaming, alerting people in the area). TURNER drove off before the police and ambulance arrived on the scene. When the first responders arrived, Minor Victim 2 provided false information, telling them the name and DOB of a friend. Minor Victim 2 did not have her clothes, shoes, or phone, so she used a bystander's phone to call TURNER and asked him to come get her.

i.      TURNER told Minor Victim 2 that he was in love with Minor Victim 1 and described her as a "girl I've been dealing with." Minor Victim 2 met Minor Victim 1 after TURNER assaulted her on July 9, 2024, when TURNER drove Minor Victim 2 to Minor Victim 1's residence. Minor Victim 2 identified Minor Victim 1 from photographs.

20.     Following the interview with Minor Victim 2, I obtained the 911 call and reports from Washington, DC's Metropolitan Police Department relating to TURNER's assault of Minor Victim 2 on July 9, 2024. Minor Victim 2 reported that during an argument with TURNER in his car in an alley, TURNER yanked her hair, grabbed her by the neck, banged her head on an unknown object, and threw her to the ground. Minor Victim 2 stated that she met TURNER on Instagram 4 days prior, he drove them north from Florida, and they were staying with a friend of TURNER's in Baltimore. TURNER's Instagram handle is @sincere_love_ ("Keshai Freeman"), she does not know his true name, but she heard someone refer to him as "Lorenzo." Minor Victim 2 stated that she is friends with TURNER, and they are not romantically or sexually involved. Minor Victim 2 stated that TURNER drives a red Cadillac with front and back DC tags. Minor Victim 2 stated that her cell phone, purse, 3 pairs of shoes, wallet, $500 in cash, a bag full of clothes, and a bag full of toiletries were in TURNER's car when he drove away. Minor Victim 2 refused officer's offers of assistance and eventually walked away from officers. A witness spoke

13

to the responding officer and reported that while she was sitting on her back porch facing the alley, she heard a female screaming in the alley and saw a person get pushed out of a red vehicle.

### October 16, 2025 Interview of Minor Victim 2

21.    On October 16, 2025, investigators spoke to Minor Victim 2. Below is a summary of additional information she provided:

a.    During the hotel stay in Orlando, Minor Victim 2 recalled driving with TURNER and another woman who he identified as a family member of his to drop her off at what Minor Victim 2 presumed to be her home. Then, approximately one hour later, TURNER drove back to the same house and picked the woman up. Minor Victim 2 found it strange and suspicious.

b.    TURNER, Minor Victim 2, and the woman traveled to Miami and TURNER rented a hotel room. The woman eventually left the group and Minor Victim 2 wanted to leave as well. She contacted a friend who came to the hotel to help Minor Victim 2 leave.

c.    Minor Victim 2 had left her personal belongings in TURNER's hotel room. She went back to the room to retrieve her things. TURNER asked Minor Victim 2 what she was doing and Minor Victim 2 told him she did not want to be with him and that she wanted to leave.

d.    TURNER chased her around the room and grabbed her by the wrist. TURNER attempted to rape Minor Victim 2, but Minor Victim 2 kicked him, broke away, and tried to get to the door. TURNER stopped her again and Minor Victim 2 stayed with TURNER in the hotel room that night.

e.    The next morning, TURNER and Minor Victim 2 left Miami in the red SUV. TURNER did not initially tell her where they were going, but at some point during the drive he said they were heading to Maryland.

f.    TURNER asked Minor Victim 2 to perform oral sex on him and she refused. TURNER then grabbed her by the neck, pushed her head down, and forced her mouth onto his penis.

g.    TURNER and Minor Victim 2 stopped in a hotel to sleep. When Minor Victim 2 was sleeping, TURNER forced himself on her and sexually assaulted her.

h.    TURNER and Minor Victim 2 continued to travel up to Maryland. TURNER told her to do what he told her to. He then arranged for her to meet with multiple men to engage in sex acts over the course of approximately one month. TURNER gave Minor Victim 2 a cell phone to bring in with her so that he could listen to what was happening. The men paid TURNER directly via CashApp. TURNER had Minor Victim 2 meet with at least one man nearly every day.

14

## Minor Victim 3 – 2017 through 2018

22.     A report from Fairfax City Virginia Police Department on July 1, 2017 lists TURNER as being connected to a missing 16-year-old, A.T. (Minor Victim 3).  On August 14, 2024, along with other investigators, I interviewed Minor Victim 3.  The following is a summary of the information discussed:

a.     Minor Victim 3 met TURNER, who she knew as "Sincere" or "Sincere Love," in 2017 in Washington, DC.  While walking to the store, she was approached by a female, "Jania" or "Nini," who took Minor Victim 3 to a hotel and introduced her to TURNER.  TURNER then posted advertisements on Backpage for commercial sex with Jani and Minor Victim 3.  The three of them later drove around and the women had "dates," or commercial sex.

b.     Later in 2017, TURNER chased Minor Victim 3 with a handgun that TURNER described as a Desert Eagle.  TURNER also had a 9mm handgun and a taser.  TURNER carried the Desert Eagle and a 9mm with him, as well as an AR pistol.  TURNER hid one of the handguns in the driver's side front door panel of his vehicle.

c.     TURNER did not allow Minor Victim 3 to have a phone and he expected her to make dates every day except the days when she was menstruating.  After her cycle finished, TURNER required her to have sex with him before the commercial sex customers.  Minor Victim 3 used the name "Cupcake" while making dates.  Minor Victim 3 would do dates for at least $100, and "double dates" with Jania for $600.  TURNER made Jania wear an earpiece device that allowed him to listen in on dates as they happened.  All of the money that Minor Victim 3 made from commercial dates went to TURNER.

d.     Jania rented the hotel rooms used for commercial sex and also took the photos for the prostitution advertisements.

e.     Minor Victim 3 positively identified a photograph of TURNER as "Sincere."  TURNER did not want photographs taken of him and wore a ski mask when he slept.

f.     Minor Victim 3 was with TURNER for months and was homeless and reported missing during that time.  Minor Victim 3 considered TURNER her boyfriend.

g.     TURNER used what Minor Victim 3 described as "manipulation tactics," he slapped, punched, pushed, spit on, and threw Minor Victim 3 around, and he beat up Jania "so bad."

h. ·   Minor Victim 3 was forced to do things sexually with commercial sex customers and with TURNER.  TURNER used physical violence if Minor Victim 3 did not want to do something, or he would leave and take her nicer clothes.  TURNER made Minor Victim 3

15

stand in the corner.  On one occasion during a commercial sex act at the customer's house, TURNER used his taser on the customer's neck.

i.        Minor Victim 3 fled from TURNER after she woke up one day and TURNER told her that he considered shooting her in the head while she slept.  She escaped by taking TURNER's keys to prevent him from chasing her.  A few months after she got away from TURNER, Minor Victim 3 saw TURNER in his car holding a gun, and she ran.

### Sex Trafficking / Online Prostitution Advertisements

23.     While using an online law enforcement tool used in sex trafficking investigations, investigators have identified numerous prostitution advertisements connected to females associated with TURNER who engaged in commercial sex acts.  The advertisements were posted on the dating website Megapersonals.eu[4] in Maryland, Washington, DC, Pennsylvania, Delaware, Florida, Georgia, and North Carolina.

24.     Using this law enforcement tool, I located approximately 152 Megapersonals commercial sex advertisement between October 2023 and July 2024 that listed the phone number 202-200-8353, which is the number provided by Minor Victim 1 as TURNER's cell phone.[5] Several of these advertisements include photographs of Minor Victim 1's face and Minor Victim 2's face.  The advertisements for Minor Victim 1 and Minor Victim 2 were posted between approximately May 2024 and July 2024.  Other advertisements include photographs of the adult female mentioned above.  Some of advertisements include depictions of close-up images of a vagina.    The advertisements list locations, including Baltimore, Raleigh-Durham, NC, Jacksonville, FL, Fort Lauderdale, FL, Orlando, FL, Miami, FL, Richmond, VA, Philadelphia, PA, South Jersey, NJ, Wilmington, DE, and Washington, DC.  The advertisements that depict Minor

---

[4] MegaPersonals.eu is an online dating website that is commonly used to advertise commercial sex.

[5] As referenced above, 202-200-8353 is not registered in TURNER's name.  However, most of the Megapersonals advertisements under 202-200-8353 also include the email holisticslurpee3@gmail.com.  This is similar to TURNER's CashApp Display Names, "Ho-listic Slurpee" and "Holistic" and "Holistic BG."

16

Victim 1 and Minor Victim 2 include identical text, including, "Your wish is my command and it's my pleasure to please you. I can be feminine and submissive or a dominatrix."

**License Plate Reader Records**

25.     As referenced above, I obtained License Plate Reader ("LPR")[6] data relating to TURNER's red Cadillac SUV (DC tag # JC8645). The LPR data captured TURNER's Cadillac in various locations several locations in Florida, Georgia, Maryland, Washington, DC, and Delaware, between May 17, 2024 and August 4, 2024.

**June 9, 2026 Arrest**

26.     On June 9, 2026, TURNER was located in his red Cadillac SUV in Prince George's County, Maryland. TURNER was arrested for failing to update his sex offender registration following his DC conviction for Attempted First Degree Child Sexual Abuse Against a Child 12 to 16 years of age. The warrant was issued on September 17, 2025.

**AUTHORIZATION REQUEST**

27.     Based on the above information, I respectfully submit that that there is probable cause to believe that **TURNER** has committed the **TARGET OFFENSE**. Accordingly, I request that a criminal complaint and an arrest warrant be issued.

_Leah Martinez_
Special Agent Leah Martinez
Homeland Security Investigations

---

[6] LPRS's are high-speed, computer-controlled camera systems that are typically mounted on street poles, streetlights, highway overpasses, mobile trailers, or attached to police cars. LPR's automatically capture license plate numbers that come into view, along with the location, date, and time. The data, which includes photographs of the vehicle is then uploaded into a central server and accessible to law enforcement.

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and Fed. R. Crim. P. 41(d)(3) this _9th_ day of _June_____ 2026.

_____
HONORABLE CHELSEA J. CRAWFORD
UNITED STATES MAGISTRATE JUDGE